# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| *Appellee* | * |
| | * |
| v. | * |
| | *    Case No. 24-4503 |
| JOHN ROBERT WILLIAMS. | * |
| *Appellant.* | * |

## MOTION TO EXTEND TIME FOR REPLY BRIEF

Defendant, John Robert Williams, by and through his attorney Marc G. Hall, hereby respectfully requests this Honorable Court to extend time to file the Appellant's Reply Brief in the above captioned matter, for reasons, therefore, states as follows:

1. As per the Briefing Order in this case the Appellant's Reply Brief in this matter is due now due on June 16, 2025.

2. Counsel has been in contact with the Appellant and mailed him a copy of the Government's response brief, however, at the request of the client, he would like an opportunity to review the government's brief and counsel's Reply Brief.

3. Appellant's counsel respectfully requests an extension of time for the filing of Reply Brief to June 30, 2025

6. Counsel has contacted the David Bornstein, Assistant United States Attorney who is assigned to this matter, and he consents to the extension of time.

WHEREFORE the foregoing reasons, Defendant respectfully requests an Extension of Time to file Appellant's Reply Brief in this matter to June 30, 2025.

Respectfully submitted,

By: _____/S/_____
Marc G. Hall
6411 Ivy Lane, Suite 304
Greenbelt, Maryland 21037
Attorneys for Appellant
(240) 205-3041

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12thd ay of June2025, a copy of the foregoing **Motion to Extend Time** was electronically mailed to: David Bornstein, Esquire, Assistant U.S. Attorney, Greenbelt, MD 20770

_____/S/_____
Marc G. Hall